UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
NARRANGANSETT BAY INSURANCE CO.,           :   16-CV-847 (ARR) (RER)
:
Plaintiff,                                  :
:
-against-                                   :   ORDER
:
NICHOLAS BATTAGLIA and GREGORY GILBERT,    :
:
Defendants.                                 :
:
---------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated November 28, 2016 from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge, recommending that plaintiff's request for default judgment be granted and plaintiff's request for costs and fees be denied.

The time for filing objections has passed, see ECF. No. 17, and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-cv-1930682, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). SO ORDERED.

/s/(ARR)
_____
Allyne R. Ross
United States District Judge

Dated: December 14, 2016
       Brooklyn, New York

1